The People of the State of New York ex rel. The Prosperity Company, Inc., Appellant, v. Rolland B. Marvin, Mayor, and Clifford Goes and Others, Constituting the Board of Assessors of the City of Syracuse, New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, on the ground that leave to appeal is unnecessary. (*Mundt* v. *Glokner*, 160 N. Y. 571.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Edwin L. Hyde, as Guardian ad Litem of William Minchin, an Infant under Fourteen Years of Age, Appellant, v. The City of Utica, Respondent.— Order entered amending title *nunc pro tunc* so as to read Edwin L. Hyde instead of Edward L. Hyde. [See *ante*, p. 477.] Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Abbie K. Ranbuska, as Administratrix, etc., of Otto Ranbuska, Deceased, Respondent, v. Ontario Knife Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified and defendant's time to answer extended until twenty days after the determination of the appeal by the Court of Appeals. [See *ante*, p. 968.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.